**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SMITH & NEPHEW, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  4:12-CV-00495** |
| | ) | |
| **EXACT SURGICAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Smith & Nephew, Inc. and Defendant Exact Surgical, Inc., by the undersigned counsel, submit this joint stipulation of voluntary dismissal with  prejudice of this cause.

The parties stipulate that all of claims and defenses in the above-captioned case should be dismissed with prejudice, with Plaintiff and Defendant each bearing responsibility for their own attorney's fees, costs, and other expenses incurred in connection with this case.

Respectfully submitted,

s/      Brian P. Johnson
Brian P. Johnson, TX Bar No. 10685700
Kealy C. Sehic, TX State Bar No. 24040688
JOHNSON, TRENT, WEST & TAYLOR, L.L.P.
919 Milam, Suite 1700
Houston, Texas 77002
(713) 222-2323 (Telephone)
(713) 222-2226 (Fax)
bjohnson@johnsontrent.com
ksehic@johnsontrent.com

ATTORNEY IN CHARGE FOR PLAINTIFF,
SMITH & NEPHEW, INC.

s/     Ken C. Stone
Ken C. Stone, TX State Bar No. 19296300
LOOPER REED & MCGRAW, P.C.
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 954-4135 (Telephone)
(214) 953-1332 (Facsimile)


AND

s/     Michael James King
Michael James King, OBA#5036
S. Greg Pittman, OBA #18450
WINTERS & KING, INC.
2448 East 81st St., Suite 5900
Tulsa, Oklahoma 74137-4259
(918) 494-6868 (Telephone)
(918) 491-6297 (Facsimile)
*Pro Hace Vice To Be Sumitted*

ATTORNEYS IN CHARGE FOR DEFENDANT,
EXACT SURGICAL, INC.


## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on February 21, 2014 I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System, which will send a notice of electronic filing to all parties receiving electronic notice.

Michael James King,
S. Greg Pittman
WINTERS & KING, INC.
2448 East 81st St., Suite 5900
Tulsa, Oklahoma 74137-4259

Ken C. Stone, TX State Bar No. 19296300
LOOPER REED & MCGRAW, P.C.
1601 Elm Street, Suite 4600
Dallas, Texas 75201


s/     Brian P. Johnson